01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                                AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO.    MJ 11-133
09           Plaintiff,                 )
                                        )
10      v.                              )
                                        )   DETENTION ORDER
11  JASON MICHAEL HECOCK,               )
                                        )
12           Defendant.                 )
    _____ )
13

14  <u>Offense charged</u>:      Possession of Marijuana with Intent to Distribute; Possession of MDMA

15  and Hydrocodone with Intent to Distribute

16  <u>Date of Detention Hearing</u>:   March 31, 2011

17       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21           FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22       (1)    Defendant is charged with possessing marijuana, MDMA and Hydrocodone with

DETENTION ORDER                                                                         PAGE 1

intent to distribute. He is alleged to have committed these offenses while on supervised release, and is facing revocation proceedings in Case No. CR05-159 RSM. Defendant does not contest detention in this case.

(2) Defendant was not interviewed by Pretrial Services. His background information has not been verified. He poses a risk of nonappearance due to a history of failing to appear and of failing to comply. He poses a risk of danger due to criminal history, a history of noncompliance, and substance abuse issues.

(3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01        counsel for the defendant, to the United States Marshal, and to the United States

02        Pretrial Services Officer.

03    DATED this 1st day of April, 2011.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge